UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KATAYON NAHAI,

    Plaintiff,

v.

FIROOZ NAHAI, et al.,

    Defendants.

CIVIL ACTION FILE

NO. 1:16-CV-3394-ELR

## J U D G M E N T

This action having come before the court, Honorable Eleanor L. Ross, United States District Judge for a review of diversity jurisdiction, it is

**Ordered and Adjudged** that this action be, and the same hereby is, **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to cure the deficiency regarding subject matter jurisdiction.

Dated at Atlanta, Georgia this 14th day of April, 2017.

            JAMES N. HATTEN
            CLERK OF COURT

        By: *s/Amanda Querrard*
            Deputy Clerk

Prepared, Filed and Entered
In the Clerk's Office
   April 14, 2017
James N. Hatten
Clerk of Court

By: *s/Amanda Querrard*
     Deputy Clerk